# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Bryain J. Young

Plaintiff

vs.

Leonta Jackson
James Berry
C/o Delia
Travis Bautista
Mary Cerda
C. Brubaker CC II
Sgt ? John Doe
C/o Rusty Collins
C/o Brian Howard

Defendant(s)

Case No. _____
(The case number will be assigned by the clerk)

SCANNED at PCC and E-Mailed
8/24/22 (date) by Q (initials)
21 (# of pages)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

## I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Bryain Jermaine Young

Prison Identification Number: B-23205

Current address: P.O. Box 99 / 700 W Lincoln St
Pontiac, Il. 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Leonta L. Jackson

Current Job Title: Unknown

Current Work Address: Unknown

Defendant #2:

Full Name: James L. Berry

Current Job Title: Correctional officer

Current Work Address: P.O. Box 99 / 700 W. Lincoln
Pontiac, Il. 61764

Defendant #3:

Full Name: Delia (at time of incident correctional officer)

Current Job Title: Unknown

2

Current Work Address __Unknown__

Defendant #4:
Full Name: __Travis D. Bautista__
Current Job Title: __Major__
Current Work Address __P.O. Box 99 / 700 W Lincoln St Pontiac, IL 61764__

Defendant #5:
Full Name: __Mary L. Cerda__
Current Job Title: __Correctional officer__
Current Work Address __P.O. Box 99 / 700 W. Lincoln St Pontiac, IL 61764__

For additional defendants, provide the information in the same format as above on a separate page.

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒     No ☐

C. If your answer to B is yes, how many? __4__   Describe the lawsuit(s) below.

3

Defendant #6
   Full Name: C. Brubaker
   Current Job title: CC II
   Current work address: 700 w/Lincoln/P.O. Box 99 Pontiac Il. 61764

Defendant #7
   Full Name: Sgt. John Doe ?
   Current Job title: N/A
   Current work address: N/A

Defendant #8
   Full Name: Rusty J. Collins
   Current Job title: Correctional Officer
   Current work address: 700 W Lincoln/P.O. Box 99 Pontiac Il. 61764

Defendant #9 B
   Full Name: Brian Howard
   Current Job title: Correctional Howard
   Current work address: 700 W. Lincoln/P. Box 99 Pontiac Il. 61764

1. Name of Case, Court and Docket Number  Young v. Hardy et al 13cv7442 Northern District

2. Basic claim made  living conditions

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  Settlement

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

  Yes ☒  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?  Yes ☒  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Pontiac Correctional center

4

1. Name of case, court and Docket Number  Young v. Obaisi et al 15 cv 02416
   Northern District
2. Basic Claim made: Medical
3. Disposition  Settlement


1. Name of case, court & docket number  Young v. Melvin et al 17 cv 01269
2. Basic claim made  medical and living conditions
3. Disposition  medical dismissed  living conditions settled


1. Name of case, court & docket number  Young v. Melvin et al 18 cv 01370
2. Basic claim made  due process
3. Disposition  trial and awarded damages

Date(s) of the occurrence  7/31/20 / 8/20/20 / 8/27/20

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On 7/31/20 I was walked to segregation and placed under investigation. I was under investigation from 7/31/20 to 8/19/20 for 20 days and was never interviewed nor seen by Internal Affairs nor Intel to give my views regarding my placement in investigative status and after 10 days without being seen or talked to per administrative directives and department rules I remained in segregation 9 more days violating my due process.

On 8/19/20 I was released from segregation and placed in South House cell #635. On 2nd shift I asked the correctional officer who had 6 gallery which was C/O Rusty Collins can I use the kiosk to send a message out while doing so individuals in custody that had a blanket of mine which was tossed from my cell gave it to me and let me use his beard trimmer since I didn't have my property. C/O Collins said something to me about it cause I was doing it in his presence I apologized and C/O Collins locked me in my cell I wasn't wrote a disciplinary report so I assumed I was in the clear. The following day 8/20/20 I again asked C/O Collins to use kiosk and he told me no

because I was trading and traffiking the day prior. I told him he shouldn't wrote me a disciplinary report. I told him I don't have my property so I didn't have my tablet to send any messages out. Which is another rule that was violated while I was under investigative status which is I was to have all my property while in segregation. C/o Collins said I wasn't using the Kiosk I then asked to speak with a Sgt. or Lt. So approx 30 minutes past and the cell house Sgt. came to my cell he was short, stocky built with a Mohawk I think his name was Sgt. Cross. He asked what the problem was. I told him C/o Collins was denying me access to the Kiosk cause of a incident that happened the previous night he (Sgt) asked did I need a crisis team I said no, he (Sgt.) said C/o Collins said I needed a crisis team. I said no I didn't the Sgt said he needed to take me down stairs to see mental health for a crisis I told him I didn't want no crisis team the Sgt said a crisis has been called I need to go downstairs to cuff up I did so I was taken and placed in a holding tank for approx. 45 minutes and then no mental Health crisis team member came but C/o Berry and C/o Delia came to talk to me both are from Internal Affairs. C/o Berry said a suspicious cup with a one inch by one inch piece was found in the cell I occupied, and it tested positive for ~~presumably~~ presumptively

6

positive result from synthetic cannabinoids, and he was told it would be there. He then asked why was a sending lines down the gallery I told him to get food He then asked where did I get the paper from I told him nowhere it wasn't mine the he asked who was bringing it in I told him I don't know he asked why was I just in segregation I told him he knew more than me cause I was never informed He told me since I wasn't going to cooperate I was going to segregation clearly retaliating because I wouldn't or didn't have any information. I asked about the crisis team he said there not coming so I never saw mental health for the bogus crisis team, C/o Collins said I asked for, but while I was in the holding tank C/o Collins and C/o Howard shaking down my cell and their the ones who found the suspicous piece of paper rolled up in a medicine cup but C/o Berry wrote the report with C/o Delia as a witness.

I was placed in segregation and given a disciplinary report for 203 Drugs and Drug paraphernalia 501-Violating State or Federal laws. I sent in witness request for C/o Marek to see if he shook the cell down prior to me moving in that cell and I requested camera footage to show that since C/o Berry saw me fishing a line so I knew the camera worked that was on my disciplinary report I requested. (Continued on)

## RELIEF REQUESTED

(State what relief you want from the court.)

$200 for each day I spent in segregation 5,000

8

Compensary damages from each defendant in the ~~amount of $145,000~~, $40,000 ~~punitive~~ damages from each defendant in the amount of $90,000. I would like to sue each defendant in their own individual capacity

JURY DEMAND    Yes ☒    No ☐

Signed this August day of 21st, 20 22.

_Bryain J. Young_
( Signature of Plaintiff )

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Bryain J. Young | B-23205 |
| Address: Pontiac Correctional center 700w Lincoln / P.O. Box 99 Pontiac, IL. 61764 | Telephone Number: N/A |

9

Then prior to my hearing I sent in a witness request for two more witness's which were C/o Collins and C/o Howard for they also wrote me a disciplinary report at the time I didn't know they had shaken down my cell so I put the witness request in the institutional maid addressed to the adjustment committee and I didn't hear my ticket until 8/27/20 so it was enough time to have been received by the adjustment committee. I also wrote a handwritten statement I put in there that C/o Collins and C/o Howard down as witness's.

C/o Collins wrote me a disciplinary report for 203 Drugs and Drug Paraphenolia and 308 contraband or unauthorized property for medicine in my cell that was dismissed and for the beard trimmers that were another individual in custodys again this was retaliation for trading and trafficking on 8/19/20 and me asking to see a Sgt or Lt. So he lied and said I asked for a crisis team and shook my cell down knowing I had the beard trimmers cause he saw me get them and because I challenged him about the kiosk he retaliated by lying saying I asked for a crisis team to shake me down and allegedly found a suspicous piece of paper rolled up in a medicine cup and C/o Howard witnessed this during the shakedown of my cell.

Lt. Bawtista and C/o Cerda heard my disciplinary report they were the adjustment committee. Which violated my procedural due process by not calling my witness's C/o Collins and C/o Howard, my request was timeley I sent it in

7

the institutional mail and requested it on my written statement. The adjustment committee states my request was untimely and insufficient due to not listing the officers first name. Pontiac Correctional Center has two officers with the last name Collins but only one was involved in this incident and only one had wrote on disciplinary report on me which I heard that report the same time I heard the report C/o Berry wrote

The basis of finding me guilty was basically the observation of the reporting employee who did a field test with a Narc II test on a piece of paper that tested presumptively positive for synthetic cannabinoids. Presumptively is to presume so it was not certain it was positive but it could've been in you went off C/o Berrys presumption. I was again denied my procedural due process when I asked to see the Narc II test results, because if im one to be able to respond to evidence presented against me as a general position I should be allowed to know what it is and to examine it unless there is reason to the contrary. I was denied to see results of the Narc II test. But in basis for decision on finding me guilty was based off DOC 0300 which was attached listings said drugs and drug paraphernalia but no Narc II test. So I was found guilty basically because C/o Berry said it was drugs and the adjustment committee didnt investigate or look at the Narc II test results violating my procedural due process. I was given 4 month c-grade 4 months segregation 4 months commissary restriction 4 months Audio/Visual restrictions, and 6 months no contact visits

restriction.

I was further retaliated against when my phonebook was taken with all my personal information like family members phone numbers and address's, banking information, lawyers numbers, friends numbers and address's, my go fund me account information for my lawyer fund, and other miscellanious stuff and my property was held approx. 2 months.

Approx. 6 months I was called out of my cell and was read my rights by C/o Berry and he informed me that the results of the paper that was sent out to a lab came back possitive for drugs. I asked I thought that was already established when I was placed in segregation in August he told me that the paper was sent out to verify. So the presumptively positive result had to be verified, that should've been done before I was written up and placed in segregation. Violating my procedural due process placing me in segregation on false charges when it was not proven to be drugs only on a presumption that had to be proven at a later date.

Warden Jackson was notified of this incident through letters I wrote him and by him having to verify the adjustment committee results and signing off on the decision the adjustment committee recommended. By Warden Jackson being the Ceo or chief administrative officer he had the authority to stop the adjustment committee from violating my procedural process but instead he signed off on it. Also Warden Jackson signed off on grievance officers C. Brubaker decision to deny my

grievance which made grievance officer C. Brubaker aware that my procedural due process was being violated and he did nothing to rectify the situation but instead denied my grievance by signing off and justify the adjustment committes actions, without considering any evidence. ~~actions answered to reviewed~~

Internal Affairs has a big part in who gets jobs. I have been retaliated against by being denied a job. I have put in a large amount of times and havent even gotten a response from placement office, not even to be told I have been denied.

I have exhausted my remedies